UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60739-BLOOM/Valle

ANITA JAIRAM,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

UPSIDE SERVICES, INC.,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [13], filed on May 18, 2018 that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **June 4, 2018**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELLED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

18-cv-60739-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record