**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60739-BLOOM/Valle**

ANITA JAIRAM,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

UPSIDE SERVICES, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On May 21, 2018. the Court entered an Order Administratively Closing Case, ECF No. [14], instructing the parties to file a stipulation for dismissal on or before June 4, 2018. To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record